RECEIVED
IN MONROE, LA
MAR 10 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **EDWARD E. PRICE** | * | **CIVIL NO. 07-00937** |
| Versus | * | **JUDGE JAMES** |
| **BURL CAIN, WARDEN** | * | **MAGISTRATE JUDGE HAYES** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. #1) is hereby **DENIED and DISMISSED with prejudice**.

THUS DONE AND SIGNED this 10 day of March, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION