RECEIVED
IN MONROE, LA
MAR 17 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| EDWARD E. PRICE | CIVIL ACTION NO. 07-0937 |
| VERSUS | JUDGE ROBERT G. JAMES |
| BURL CAIN, WARDEN | MAG. JUDGE KAREN L. HAYES |

**CERTIFICATE OF APPEALABILITY**

A final order having been filed in the above-captioned habeas case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

\_\_\_\_ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

__✓__ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issue constitutes a denial of a constitutional right:

Whether the state trial court's conclusion that Price had failed to establish a prima facie case of discrimination under <u>Batson</u> was contrary to Supreme Court precedent or an unreasonable application of Supreme Court law.

MONROE, LOUISIANA, this __17__ day of March, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE