# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **EDWARD E. PRICE** | * | **CIVIL ACTION NO. 07-00937** |
| | * | **SECTION P** |
| **VERSUS** | | |
| | * | **JUDGE ROBERT G. JAMES** |
| **BURL CAIN, WARDEN** | * | **MAG. JUDGE KAREN L. HAYES** |

## SUPPLEMENTAL REPORT AND RECOMMENDATION

On September 29, 2009, the undersigned issued a report recommending that the petition for writ of habeas corpus under 28 U.S.C. § 2254 [doc. #1] filed by petitioner Edward Price be DENIED. (Report and Recommendation [doc. # 36]). In footnote three, the court observed that according to the hearing transcript, the prosecutor stated that prospective juror, Sharon Ricks "was a white female." *Id*. at n3. Nonetheless, due to other record evidence, the court assumed for purposes of its analysis that Ricks is an African-American. *Id*.

It has since been brought to the undersigned's attention that the court reporter issued an amended transcript which reflects that the prosecutor testified that "Ms Ricks was a black female." (*See* Corrected Transcript [doc. # 28]). Since the court assumed that Ms. Ricks is an African-American, the amended transcript does not materially affect the report and recommendation. However, purposes of clarifying the record, the September 29, 2009, Report and Recommendation is hereby supplemented to include the corrected hearing testimony.

For the reasons stated in the undersigned's September 29, 2009, Report and Recommendation, as hereby supplemented, it is recommended that the petitioner's petition for writ of habeas corpus (Doc. #1) under 28 U.S.C. § 2254 be **DENIED and DISMISSED with**

**prejudice**. Under the provisions of 28 U.S.C. §636(b)(1)(C) and FRCP Rule 72(b), the parties have **ten (10) business days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within **ten (10) business days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the District Judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED at Monroe, Louisiana, this 5th day of October 2009.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE