IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **EDWARD E. PRICE** | **CIVIL NO. 07-0937** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **BURL CAIN, WARDEN** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation [Doc. No. 36] and Supplemental Report and Recommendation [Doc. No. 37] of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct to the extent set forth in this Court's Ruling, and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 [Doc. No. 1] is hereby DENIED AND DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 29th day of December, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE